IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARRIE BREECH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-0025 |
| | § | |
| DEPUY SPINE, INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

Pending before the court is Defendant Depuy Spine, Inc.'s First Opposed Motion in Limine. Dkt. 92. After considering the parties arguments, and the applicable law, the court is of the opinion that the motion should be GRANTED. Accordingly, it is ORDERED that the plaintiff is precluded from offering evidence that the defendants discriminated against her when they did not offer her a job after December 2, 2003.

It is so ORDERED.

Signed at Houston, Texas, on September 21, 2006.

Gray H. Miller
United States District Judge